# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| THE ESTATE OF RICHARD HAYES AND MARY HAYES BY AND THROUGH THE ADMINISTRATRIX OF HIS ESTATE, MARY HAYES, | : No. 358 EAL 2021 |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| Petitioner | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| COATESVILLE HOSPITAL CORPORATION, D/B/A BRANDYWINE HOSPITAL AND THOMAS JEFFERSON UNIVERSITY HOSPITAL AND THOMAS JEFFERSON UNIVERSITY HOSPITAL, INC., | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

      **AND NOW**, this 4th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.

      Justice Brobson did not participate in the consideration or decision of this matter.